# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

Ye Teng Wen

Defendant.

Case Number
CR 05-70790 HRL

ORDER - CJA CONTRIBUTION(s) DUE

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C., Section 3006 (A),

**IT IS HEREBY ORDERED THAT:**

[✓] THE DEFENDANT IS LIABLE FOR A CONTIRUBUTION OF $ 200 PER MONTH, until the case is concluded or until further order of the Court, commencing:

    [✓] That certain date of 10/15/05 and the SAME DAY each month thereafter;

    [ ] The first day of _____ and the FIRST DAY of each month thereafter;

    [ ] MAIL TO: Clerk, U. S. District Court
                       280 South First Street, Room 2112
                       San Jose, CA. 95113-3095

**Please indicate that this is a CJA payment and include the case number shown above.**

[ ] THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY:

    [ ] That certain date of _____ ;

    [ ] MAIL TO: Clerk, U. S. District Court
                       280 South First Street, Room 2112
                       San Jose, CA. 95113-3095

**Please indicate that this is a CJA Payment and include the case number shown above.**

DATED: 10/6/05

Howard R. Lloyd U. S. MAGISTRATE JUDGE

cc: Defense counsel, defendant, AUSA, Finance Office, Probation

AO 72
(Rev 8/82)